IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

ASHEVILLE DIVISION

| | |
|---|---|
| JOHN S. BULANDA, JR. as Administrator of the Estate of Arlene Bulanda,<br><br>  Plaintiff,<br><br>v.<br><br>ALEXANDER FELDMAN; CRESCENT CARGO LOGISTICS (CRESCENT CARGO INC); and, MCO EXPRESS ORLANDO, INC.,<br><br>  Defendants, | Case No. 1:24-cv-00292 |

## NOTICE OF REMOVAL

**NOW COMES,** Defendant Crescent Cargo Logistics, and hereby gives Notice of Removal pursuant to 28 U.S.C. § 1446. In support of its Notice of Removal, Defendant Crescent Cargo Logistics shows the Court as follows:

1. Plaintiff, John S. Bulanda, Jr. is an adult citizen and resident of Cabarrus County, North Carolina, and is the brother of the decedent Arlene Bulanda.

2. Plaintiff, John S. Bulanda, Jr. is the duly appointed Administrator of the Estate of Arlene Bulanda and was appointed by the Clerk of Superior Court of Cabarrus County, North Carolina on August 9, 2023. Plaintiff, John S. Bulanda, Jr. has been duly qualified and is acting as the representative to bring this action pursuant to N.C. Gen. Stat. § 28A-18-2.

3. Defendant Alexander Feldman is an adult citizen and resident of Broward County, Florida.

4. Defendant Crescent Cargo Logistics was incorporated in the State of Tennessee and maintains a principal place of business in Blue Ash, Ohio.

5. Defendant MCO Express is a Florida Corporation and maintains a principal; place of business in Kissimmee, Florida.

6. Plaintiff filed his State Court Complaint in the matter on September 13, 2024, in the Superior Court of Cleveland County in North Carolina. A true and accurate copy of the Summons and Complaint is attached hereto as Exhibit "1".

7. Pursuant to 28 U.S.C. § 1332, this Court has jurisdiction over Plaintiff's Complaint as there is a diversity of citizenship between the parties and, pursuant to 28 U.S.C. § 1446(c)(2)(A)(ii), Defendant alleges that the amount in controversy exceeds the Court's jurisdictional floor of $75,000.00 based on Plaintiff's allegations and alleged damages.

8. On October 28, 2024, Defendant Crescent Cargo Logistics, through its counsel, accepted service of the Summons and Complaint in this matter. A true and accurate copy of Defendant Crescent Cargo Logistic's Acceptance of Service is attached hereto as Exhibit "2".

9. Contemporaneously with this filing, Defendant is also serving its Notice of Notice of Removal in the Superior Court for Cleveland County.

**WHEREFORE,** Defendant Crescent Cargo Logistics respectfully prays the Court to exercise its jurisdiction over this matter and to accept its Notice of Removal.

This the 27th day of November, 2024.

                    **LEWIS BRISBOIS BISGAARD & SMITH LLP**

By: /s/ *Christopher J. Derrenbacher*
CHRISTOPHER J. DERRENBACHER
N.C. Bar No. 25402
*Attorney for Defendant Crescent Cargo Logistics*
3600 Glenwood Avenue, Suite 350
Raleigh, North Carolina 27612
Telephone: (919) 821-4020
Email: christopher.derrenbacher@lewisbrisbois.com

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that in conformity with Rule 5 of the Rules of Civil Procedure the undersigned has caused a copy of the ***Motion to Dismiss, Motion to Strike and Answer to Plaintiff's Complaint*** to be served upon all parties entitled or required to be served by mailing a copy of the document in a properly addressed, postage prepaid wrapper addressed as set forth below. Alternatively, pursuant to Fed. R. Civ. P. 5 and Local Civil Rules 5.4 and 5.5, EDNC, this document has been filed by electronic means in compliance with the rules and service has been effected by electronic means through the Court's transmission facilities as authorized by Rule 5.4 and in conformity with these rules.

>Mark S. Jetton
>JETTON & MEREDITH, PLLC
>817 East Trade St.
>Charlotte, NC 28202
>*Attorney for Plaintiff*
>
>James Hankins, III
>Goodman McGuffey LLP
>11006 Rushmore Drive, Suite 270
>Charlotte, NC 28277-3606
>*Attorneys for MCO Express Orlando, Inc.*
>
>Alexander Feldman
>222 NE 7th Street
>Hallandale, Florida 33009
>*Defendant*

This 27th day of November, 2024.

>**LEWIS BRISBOIS BISGAARD & SMITH, LLP**
>
>BY: */s/ Christopher J. Derrenbacher*
>CHRISTOPHER J. DERRENBACHER
>North Carolina Bar No: 25402
>*Attorneys for Defendant CCL*